1

2

3

4

5

6

7

8

9

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

10

11

12

13

14

| BRENDA DEE BAKER, | Case No.  1:13-cv-01350-SAB |
|---|---|
| Plaintiff, | ORDER DISCHARGING ORDER TO SHOW CAUSE |
| v. | (ECF No. 13, 14) |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

15

16      Plaintiff Brenda Dee Baker ("Plaintiff") filed a complaint in this action on August 22,

17  2014.  On May 7, 2014, an order to show cause issued due to Plaintiff's failure to file her

18  opening brief by the date established in the scheduling order issued August 26, 2013.  On May 9,

19  2014, Plaintiff filed a response to the order to show cause and an opening brief.

20      Based upon Plaintiff's response, the order to show cause issued May 7, 2014 is HEREBY

21  DISCHARGED.

22

23  IT IS SO ORDERED.

24      Dated:   **May 12, 2014**

UNITED STATES MAGISTRATE JUDGE

25

26

27

28

1